IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

KRYSTAL M. BROOKS,

                         Plaintiff,

          v.
                                                                    Case No. 17-cv-699-wmc

ANDREW M. SAUL,
Commissioner of Social Security

                         Defendant.

---

## JUDGMENT IN A CIVIL CASE

---

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of

defendant Andrew M. Saul, Commissioner of Social Security and against plaintiff Krystal

M. Brooks affirming the Commissioner's decision and dismissing this case.


s/ K. Frederickson, Deputy Clerk                              9/25/2019
Peter Oppeneer, Clerk of Court                                    Date